NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JAIME BRAVO GUERRERO, *Petitioner*.

No. 1 CA-CR 23-0257 PRPC

FILED 01-04-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2015-143236-001
The Honorable Jeffrey A. Rueter, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Jaime Bravo Guerrero, Kingman
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge D. Steven Williams, Judge Samuel A. Thumma, and Judge Paul J. McMurdie delivered the Court's decision.

---

**PER CURIUM**:

**¶1** Petitioner Jaime Bravo Guerrero seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.[1] This is petitioner's latest successive petition.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. The petitioner has failed to show an abuse of discretion.

**¶4** For the foregoing reasons, this court grants review but denies relief.



AMY M. WOOD • Clerk of the Court
FILED:   TM

---

[1] On December 8, 2023, Petitioner noticed this court of his pending petition for review before the Arizona Supreme Court.